IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. 1577-06





DANIEL BUSARTO, Appellant


v.


THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FOURTEENTH COURT OF APPEALS

HARRIS COUNTY




 Per curiam. KEASLER and HERVEY, JJ., dissent.


ORDER

 The petition for discretionary review violates Rules of Appellate Procedure 9.3,
68.4(i), and 68.5 because the original petition is not accompanied by 11 copies, does not
contain a complete copy of the opinion of the court of appeals, and grounds and reasons
for review are longer than 15 pages.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition must be filed in the
COURT OF CRIMINAL APPEALS within thirty days after the date of this order.

En banc

Filed: February 28, 2007 

Do Not Publish